

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CIMAREX ENERGY CO., | § | No. 08-16-00353-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 143rd District Court |
| ANADARKO PETROLEUM CORP., | | |
| | § | of Ward County, Texas |
| Appellee. | | |
| | § | (No. 15-07-23-648-CVW) |
| | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.